**FILED**
**JUL 20 2021**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL No. A21CR 129 LY |
| v. | § | INDICTMENT |
| DAVID PAZ, | § | [Violations: Count I: 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine] |
| Defendant. | § | |

THE GRAND JURY CHARGES:

### COUNT ONE
### [21 U.S.C. § 841(a)(1)]

Beginning on or about September 27, 2018 and continuing through on or about October 12, 2018, within the Western District of Texas, the Defendant,

**DAVID PAZ,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL:

**ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002**

ASHLEY C. HOFF
United States Attorney

By: _____
KEITH M. HENNEKE
Assistant U. S. Attorney