SEALED  
UNSEALED **X**

**A21CR 129LY**

Personal Data Sheet    USAO # **2019R07391**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

RELATED CASE: YES ___ NO **X**  
CASE NO: _____

County: **Travis**   Division: **Austin**   Judge: _____

Date: **07/20/2021**   Mag. Ct. # _____   SSN: **REDACTED**   FBI#: _____

Case No. _____   Assistant US Attorney: **Keith Henneke**

Defendant: **David Paz**   Date of Birth: **REDACTED**

Address: _____

Citizenship:   United States __   Mexico ____   Other: _____

Interpreter Needed:   Yes __   No ____   Language: _____

Defense Attorney: _____   Employed ____

Address of Attorney: _____   Appointed _____

Defendant is:   In Jail __   Where: _____  
On Bond ____   Amt. of Bond _____   Where _____

Date of Arrest _____   Bench Warrant Needed **Yes**

Prosecution by:   Information ____   Indictment **X**

Offense (Code & Description): **Count 1 - 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine**

Offense is:   Felony **Yes**   Misdemeanor _____

Maximum Sentence: **Count 1 – up to 20 years imprisonment; maximum $1,000,000 fine; maximum 3 years of TSR; $100 mandatory SA each count.**

Penalty is Mandatory: As to Special Assessment   Yes **X**   No ___

Remarks: _____