# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **USA** | § § § | |
| **vs.** | § § § | **NO: AU:21-CR-00129(1)-LY** |
| **(1) David Paz** | § | |

## LIST OF WITNESSES

| **FOR GOVERNMENT** | **FOR DEFENDANT** |
|---|---|
| 1. DEA TFO - Michael Panzino | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |